ORIGINAL

Stanton

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - X
BROADCAST MUSIC, INC.,

        Petitioner,

  -against-

AOL INC.,

        Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - X

10 Civ. 9300 (LLS)

*Related to United States v. Broadcast Music, Inc.*, 64 Civ. 3787 (LLS)

STIPULATION
AND ORDER OF DISMISSAL WITH
PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Petitioner Broadcast Music, Inc. and Respondent AOL Inc., that the Petition herein be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own costs.

Dated: New York, New York
    July 10, 2012

HUGHES HUBBARD & REED LLP

By _____
   Michael E. Salzman
One Battery Park Plaza
New York, NY 10004
(212) 837-6000
salzman@hugheshubbard.com

GREENBERG TRAURIG, LLP

By _____
   Kenneth L. Steinthal
4 Embarcadero Center, 30th Floor
San Francisco, CA 94111
(415) 655-1300
steinthalk@gtlaw.com

*Attorneys for Respondent AOL Inc.*

Stuart Rosen
7 World Trade Center
250 Greenwich Street
New York, New York 10007-0030
(212) 220-3000

*Attorneys for Petitioner Broadcast Music, Inc.*

**So Ordered**

Dated: New York, New York
       July 13, 2012

_____
Louis L. Stanton
U. S. D. J.